Elizabeth A. Falcone, CA Bar No. 219084
elizabeth.falcone@ogletreedeakins.com
Amanda A. Bolliger, CA Bar No. 250292
amanda.bolliger@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:  503.552.2166
Facsimile:   503.224.4518

Attorneys for Defendant
ECOVA, INC.

Joseph M. Lovretovich, CA Bar No. 73403
jml@jmllaw.com
D. Aaron Brock, CA Bar No. 241919
aaron@jmllaw.com
JML LAW
5941 Variel Avenue
Woodland Hills, CA  91367
Telephone:  818.610.8800
Facsimile:   818.610.3030

Attorneys for Plaintiff
LENNAN JUAREZ

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| LENNAN JUAREZ, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ECOVA, INC., a business entity; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 8:13-cv-00558-CJC(ANx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# **ORDER**

The Court having read and considered the Stipulation to Dismiss Entire Action with Prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(2), and with good cause appearing, Plaintiff's claims are dismissed with prejudice with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: November 15, 2013    By: _____
Hon. Cormac J. Carney
Judge of the District Court

16196554.1
025784.000007